UNITED STATES DISTRICT COURT
<u>NORTHERN DISTRICT OF NEW YORK</u>

FRANCES HLUSKA,

                       Plaintiff,

   -against-                                    6:06-CV-0485 (LEK/VEB)

MICHAEL J. AS TRUE, COMMISSIONER
OF SOCIAL SECURITY,

                       Defendant.

**<u>DECISION AND ORDER</u>**

      This matter comes before the Court following a Report-Recommendation filed on February 13, 2009 by the Honorable Victor E. Bianchini, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3 of the Northern District of New York. Report-Rec. (Dkt. No. 13). After ten days from the service thereof, the Clerk has sent the entire file to the undersigned, including the objections by Defendant, which were filed on March 16, 2009. Objections (Dkt. No. 16). Plaintiff filed a reply to those objections on March 23, 2009. Reply to Objections (Dkt. No. 17)

      It is the duty of this Court to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b). "A [district] judge... may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." <u>Id.</u> This Court has considered the objections and has undertaken a de novo review of the record and has determined that the Report-Recommendation should be approved for the reasons stated therein.

Accordingly, it is hereby

**ORDERED**, that the Report-Recommendation (Dkt. No. 13) is **APPROVED** and **ADOPTED** in its **ENTIRETY**; and it is further

**ORDERED**, that Defendant's Motion for judgment on the pleadings is **DENIED**; and it is further

**ORDERED**, that Plaintiff's cross-Motion for judgment on the pleadings is **DENIED** in part and **GRANTED** in part and **REMANDED** for reconsideration; and it is further

**ORDERED**, that the Clerk serve a copy of this Order on all parties.

**IT IS SO ORDERED**.

DATED:	March 25, 2009
	Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge